UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60016-Civ-MARRA/HOPKINS
Case No. 12-60033-Civ-MARRA/HOPKINS
Case No. 12-60081-Civ-MARRA/HOPKINS
Case No. 12-60090-Civ-MARRA/HOPKINS
Case No. 12-60114-Civ-MARRA/HOPKINS

In re: David Marshall Brown
In re: Maite L. Diaz
In re: Maylene C. Abad
In re: Hector de Pena

    Appellants.
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** is before the Court *sua sponte*. All the above named Appellants are appealing the same order issued by Bankruptcy Judge John K. Olsen. Since these appeals involve common questions of law or fact, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above itemized cases are consolidated into Case No. 12-60016-Civ-MARRA/HOPKINS. Fed. R. Civ. P. 42(a).

2. All pleadings and papers shall be filed in Case No. 12-60016-Civ-MARRA/HOPKINS and shall henceforth bear Case No. 12-60016-Civ-MARRA/HOPKINS, as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60016-Civ-MARRA/HOPKINS

In re: David Marshall Brown
In re: Maite L. Diaz
In re: Maylene C. Abad
In re: Hector de Pena

     Appellants.
_____/

3. Case Nos. 12-60033-Civ-MARRA; 12-60081-Civ-MARRA; 12-60090-Civ-MARRA; and 12-60114-Civ-MARRA are **CLOSED** for administrative purposes.

4. The Clerk shall place a copy of this Order in each of the cases to be closed, thereby indicating that the cases have been consolidated.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of April, 2012.

_____
KENNETH A. MARRA
United States District Judge